# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PAULINE F. DAUB, | § | |
| | § | No. 90, 2014 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: |
| | § | |
| | § | Superior Court of the |
| v. | § | State of Delaware, in and for |
| | § | Kent County |
| SAMUEL G. DANIELS, WILLIAM | § | |
| BAKER and BESTFIELD HOMES, | § | C.A. No. K11C-03-037 |
| LLC, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: September 16, 2015
Decided: September 17, 2015

Before **STRINE**, Chief Justice, **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 17th day of September 2015, the Court, having considered this matter on the oral arguments and the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its September 30, 2013 Order and its September 30, 2013 Opinion;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgments of the Superior Court be, and the same hereby are, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice